No. 6909.—Ascencio, aplte., *v.* Martínez y Casanova, apldos.; El Pueblo de Puerto Rico, Interventor y apldo.—C. D. San Juan. Enero 16, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A las mociones de los demandados apelados y del interventor apelado de diciembre 21, 1934, y enero 9, 1935, respectivamente, solicitando la desestimación del recurso de apelación interpuesto por el demandante en este caso, vistas con la sola asistencia del abogado de los demandados apelados, apareciendo de las dichas mociones y de los documentos a la primera acompañados que la sentencia apelada se dictó el 10 de noviembre de 1934 y se notificó a la parte perdidosa el 15 del propio mes y año quedando en ese mismo día archivada con los autos copia de la notificación, y apareciendo además que el escrito de apelación se radicó el 17 de diciembre siguiente, cuando ya había transcurrido el término de un mes que fija la ley para establecer la apelación, contado a partir de la fecha del archivo de la notificación con los autos, se desestima, por falta de jurisdicción, el recurso.

No. 6901.—Alvarez, apldo., *v.* Rossi, aplte.—C. D. San Juan. Enero 16, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden y apareciendo que el escrito de apelación fué radicado fuera de tiempo, de acuerdo con la constante jurisprudencia de este Tribunal aplicando la sección 2 de la Ley No. 70 de marzo 9, 1911, enmendatoria del artículo 299 del Código de Enjuiciamiento Civil, *no ha lugar* a la moción del apelante solicitando oportunidad para presentar prueba sobre la fecha del recibo de la notificación de la sentencia, y se desestima por falta de jurisdicción la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en 13 de octubre de 1934.